Prob 12B

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Loretta LEACH |
| **Docket Number:** | 2:04-00304M |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/04/2004 |
| **Original Offense:** | 21 USC 844a) and 18 USC 2 - Aid and Abet the Unlawful Possession of a Controlled Substance (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 2 years Probation; $25 special assessment |
| **Special Conditions:** | Warrantless Search; Participate in drug testing/ treatment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/04/2004 |
| **Assistant U.S. Attorney:** | U. S. Attorney's Office   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Federal Defender's Office **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| <u>**11/24/2004**</u>**:** | Transfer of Jurisdiction received from WD/NY |

Rev. 04/2005
PROB12B.MRG

**RE:  Loretta LEACH**
**Docket Number:  2:04-0000304M**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall comply with the conditions of home incarceration for a period of 20 consecutive days, to commence when directed by the probation officer. During this time, the defendant will remain at her place of residence at all times and shall not leave, except when such leave is approved in advance by the defendant's probation officer.  The defendant will maintain telephone service at her place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:**     On March 21, 2005, the offender was cited for Driving Under the Influence, and was subsequently convicted in San Joaquin County Court.  She was placed on three years unsupervised probation; fined; and ordered to serve 10 days work project; in lieu of jail. She was also ordered to complete a Driving Under the Influence Class. Ms. Leach claimed that on the date of this incident, she and her cousin had gone to lunch. He had driven, but they had an argument and he left her at the restaurant with her vehicle. She acknowledged her poor judgement with regard to her involvement in this incident. She is currently completing the required class and work project.

It is recommended the offender be allowed to continue on probation and serve 20 days of home detention.  This would allow her to continue fulfilling her Court requirements with San Joaquin County and would allow her to continue working and living independently.

**RE:**   Loretta LEACH
       **Docket Number:  2:04-0000304M**
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

Ms. Leach has agreed to this modification of her conditions, and the Probation form 49 Waiver of Hearing is on file.

                                      Respectfully submitted,

                                      /s/ Deborah A. Spencer

                                 **DEBORAH A. SPENCER**
                         **Senior United States Probation Officer**
                             Telephone:  (916) 683-4375

**DATED:**

                July 28, 2005
                Elk Grove, California
                DAS:kms

**REVIEWED BY:**      /s/ Joe E. Glaspie
                              **JOE E. GLASPIE**
                              **Deputy Chief United States Probation Officer**

**RE:   Loretta LEACH
Docket Number:  2:04-0000304M
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

DATED: July 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

Attachment:         Presentence Report (Sacramento only)


Ddad1/orders.criminal/leach0304.ord